IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD ADAMS,

    Plaintiff,                      2:07-0777-GEB-GGH-P

    vs.

C. GIBSON, et al.,

    Defendants.                <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On April 29, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

On May 9, 2008, plaintiff filed objections to the magistrate judge's order filed April 29, 2008, granting defendants' September 28, 2007, motion to dismiss the Eighth Amendment claim against defendant Read with leave to amend. The court construes plaintiff's objections as a request for reconsideration. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 29, 2008, are adopted in full;

2. Defendants' September 28, 2007, motion to dismiss is denied as to plaintiff's Eighth Amendment claims; defendants' motion to dismiss plaintiff's Equal Protection and Due Process claims is granted;

3. The Equal Protection and Due Process claims against defendants Walker and Kernan are dismissed;

4. Upon reconsideration, the order of the magistrate judge filed April 29, 2008, is affirmed;

5. Plaintiff's amended complaint is due within twenty days of the date of this order.

Dated: August 4, 2008

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The magistrate judge found that plaintiff failed to link defendant Read to the alleged deprivations. In his objections, plaintiff states that defendant Read is mentioned in an exhibit attached to his complaint. Defendant Read's name in an exhibit does not adequately link him to the alleged deprivations. If plaintiff files an amended complaint, he must include his claims against defendant Read in the body of the amended complaint.