IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD ADAMS,

Plaintiff,                           No. CIV S-07-0777 GEB GGH P

vs.

C. GIBSON, et al.,

Defendants.                ORDER

_____/

On August 5, 2008, the district court granted in part and denied in part

defendants' motion to dismiss.  The district court also granted plaintiff twenty days to file an

amended complaint.  Twenty days passed and plaintiff did not file an amended complaint.

However, on August 29, 2008, plaintiff filed a motion for leave to file a supplemental complaint.

Plaintiff did not file a proposed supplemental complaint.

Since plaintiff did not submit a proposed supplemental complaint, the court is

unable to evaluate it.  Plaintiff's motion for leave to file a supplemental complaint is denied.

Defendants shall file a response to the claims that have not been dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's August 29, 2008, motion for leave to file a supplemental complaint

(# 20) is denied;

1

1         2.  Defendants' response to the supplemental/amended complaint or to those

2    claims not previously dismissed is due within thirty days of the date of this order.

3    DATED: 09/24/08

                                        /s/ Gregory G. Hollows

4    _____
                                        UNITED STATES MAGISTRATE JUDGE

5

6
     adam777.ord
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26