**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RONALD ADAMS, | ) | 2:07-cv-00777-HDM-RAM |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| C. GIBSON, et al., | ) | |
| Defendants. | ) | |

On January 16, 2009, the plaintiff moved to file a supplemental complaint.  Unless the defendants object on or before Monday, March 2, 2009, the motion will be granted.

DATED: This 20th day of February, 2009.

*/s/ Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE