**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RONALD ADAMS, | ) | 2:07-cv-00777-HDM-RAM |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| C. GIBSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On March 12, 2009, the court denied plaintiff's motion to supplement his complaint (#27). Subsequent to the filing of this court's order on March 13, 2009, the plaintiff's reply was filed (#32). The court has reviewed the reply and after consideration reaffirms the order of March 12, 2009.

**IT IS SO ORDERED.**

DATED: This 20th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE