IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**RONALD ADAMS,**

Plaintiff,

v.

**C. GIBSON et al. ,**

Defendants.

Case No. 2:07-cv-0777 HDM-RAM (PC)

[      ORDER

GOOD CAUSE having been demonstrated, Defendants' motion to modify the scheduling order is GRANTED. Defendants will have up to and including March 1, 2010, to file their motion for summary judgment.

IT IS SO ORDERED.

Dated:   January 22, 2010

_____
Honorable Robert A. McQuaid, Jr.

1

[Proposed] Order (2:07-cv-0777 HDM-RAM (PC))