# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ADAMS, ) | 2:07-cv-0777-HDM (RAM) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | February 9, 2010 |
| C. GIBSON, et al., ) | |
| Defendants. ) | |

PRESENT: <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:   <u>JENNIFER COTTER</u>     REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff has filed a Motion for the Appointment of Counsel (Doc. #36).

   A litigant in a civil rights action does not have a Sixth Amendment right to appointed counsel. *Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981). In very limited circumstances, federal courts are empowered to request an attorney to represent an indigent civil litigant. The circumstances in which a court will make such a request, however, are exceedingly rare, and the court will make the request under only extraordinary circumstances. *United States v. 30.64 Acres of Land*, 795 F.2d 796, 799-800 (9th Cir. 1986); *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). A finding of such exceptional circumstances requires that the court evaluate both the likelihood of success on the merits and the *pro se* litigant's ability to advocate his claims. Neither factor is controlling; both must be viewed together in making the finding. *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991), *citing Wilborn, supra,* 789 F.2d at 1331. The district court exercises discretion in making this finding.

/ / /

/ / /

/ / /

MINUTES OF THE COURT
2:07-cv-0777-HDM (RAM)
February 9, 2010
Page Two                                                                                                                   ____


      Plaintiff's Motion for the Appointment of Counsel (Doc. #36) is **DENIED**.

**IT IS SO ORDERED.**

                                               LANCE S. WILSON, CLERK

                                               By:      /s/
                                                        Deputy Clerk