1
2
3
4
5
6
7
8
9
10
11                    **UNITED STATES DISTRICT COURT**

12              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

13

14  RONALD ADAMS,                    )      2:07-cv-00777-HDM-RAM
                                     )
15                 Plaintiff,        )
                                     )      ORDER
16  vs.                              )
                                     )
17  C. GIBSON, et al.,               )
                                     )
18                 Defendants.       )
    _____ )
19

20      On April 25, 2007, the plaintiff consented to the United State

21  Magistrate Judge's consideration of this matter for all purposes

22  pursuant to 28 U.S.C. § 636(c)(1).  Thereafter, for unknown reasons

23  a second copy of the magistrate judge consent form was apparently

24  sent to the parties.  The defendants consented to the jurisdiction

25  of the magistrate judge.  The plaintiff, however, declined to

26  consent.  Because of the inconsistency between the forms signed by

27  plaintiff on April 25, 2007, and on February 11, 2010, the

28  plaintiff will have until March 30, 2010, within which to advise

                                    1

1  the court whether he does or does not consent to the referral of
2  this matter to the magistrate judge.  In the event plaintiff elects
3  to not advise the court, the court will accept the original consent
4  and refer this matter to the magistrate judge.

5       IT IS SO ORDERED.

6       DATED: This 15th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE