1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    **RONALD ADAMS,**                       Case No. 22:07-cv-0777-RAM (PC)

12                                Plaintiff,              **ORDER**

13            **v.**

14    **C. GIBSON et al. ,**

15                                Defendants.

16

17          **GOOD CAUSE** having been demonstrated, Defendants' Request for an Extension of Time

18    to Oppose Plaintiff's Motion to Compel Further Discovery Responses (Clerk's Record 59) is

19    hereby **GRANTED.**

20          Defendants shall have up to and including **April 30, 2010** to file their opposition.

21          April 16, 2010

22    Dated: _____      _____

23                                          Honorable Robert A. McQuaid, Jr.

24

25

26

27

28

                                              1