# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ADAMS, | 2:07-cv-0777-RAM |
| Plaintiff, | **ORDER** |
| vs. | |
| C. GIBSON, et al., | |
| Defendants. | |

Plaintiff has filed a Motion for Extension of Time to File Objection to Memorandum Decision and Order (Doc. #86). The court will construe this Motion as a Motion for Extension of Time to File a Notice of Appeal to the Ninth Circuit Court.

Plaintiff's Motion for Extension of Time to File an Appeal to the Ninth Circuit Court (Doc. #86) is **GRANTED** and Plaintiff is given an additional thirty (30) days in which to file his Notice of Appeal.

DATED: December 3, 2010.

_____
UNITED STATES MAGISTRATE JUDGE